**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Eastern District of California
(State)

Case number (*If known*): ____________ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

**1. Debtor's name**

Highlands Community Charter and Technical Schools

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

Highlands Community Charter School

California Innovative Career Academy

**3. Debtor's federal Employer Identification Number** (EIN)

46-1190967

**4. Debtor's address**

**Principal place of business**

1111 Howe Ave, Suite 505
Number Street

Sacramento CA 95825
City State ZIP Code

Sacramento
County

**Mailing address, if different from principal place of business**

Number Street

P.O. Box

City State ZIP Code

**Location of principal assets, if different from principal place of business**

Number Street

City State ZIP Code

**5. Debtor's website** (URL)

http://www.hccts.org

**6. Type of debtor**

- ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☒ Other. Specify: California Nonprofit Corporation

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply:*

- ☒ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

6111

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check **all** that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

Debtor Highlands Community Charter and Technical Schools
Name

Case number (*if known*)

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes. District ______ When ______ (MM / DD / YYYY) Case number ______
District ______ When ______ (MM / DD / YYYY) Case number ______

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No
☐ Yes. Debtor ______ Relationship ______
District ______ When ______ (MM / DD / YYYY)
Case number, if known ______

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? ______

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ______

**Where is the property?** ______
Number Street
______
City State ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency ______
Contact name ______
Phone ______

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ■ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ■ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ■ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/04/2026
MM / DD / YYYY

X [signature]
Signature of authorized representative of debtor

Jonathan Raymond
Printed name

Title Executive Director



Scanned with CamScanner

Debtor Highlands Community Charter and Technical Schools
Name

Case number (*if known*)

**18. Signature of attorney**

✘ [signature]
Signature of attorney for debtor

Date 10/04/2026
MM / DD / YYYY

Ori Katz
Printed name

Sheppard Mullin Richter & Hampton LLP
Firm name

4 Embarcadero Center, Floor 17
Number Street

San Francisco
City

CA
State

94111
ZIP Code

1.415.774.3238
Contact phone

okatz@sheppard.com
Email address

209561
Bar number

CA
State

**Fill in this information to identify the case and this filing:**

Debtor Name Highlands Community Charter and Technical Schools

United States Bankruptcy Court for the: Eastern District of California (State)

Case number (*If known*): ____________

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration ____________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/04/2026
MM / DD / YYYY

✘ [signature]
Signature of individual signing on behalf of debtor

Jonathan Raymond
Printed name

Executive Director
Position or relationship to debtor



Scanned with CamScanner

| Fill in this information to identify the case: |
|---|
| Debtor name: Highlands Community Charter and Technical Schools |
| United States Bankruptcy Court for the Eastern District of California |
| Case number (If known): |

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | CALIFORNIA DEPARTMENT OF EDUCATION<br>VIRGINIA G. CALE<br>1430 N STREET<br>SUITE 5319<br>SACRAMENTO, CA 95814-5901 | VIRGINIA G. CALE<br>PHONE: 916-319-0860<br>EMAIL: VCALE@CDE.CA.GOV | GOVERNMENT | CONTINGENT, UNLIQUIDATED, DISPUTED | | | $ 243,123,953.00 |
| 2 | TWIN RIVERS UNIFIED SCHOOL DISTRICT<br>WILLIAM F. SCHUETZ, JR.<br>3222 WINONA WAY<br>NORTH HIGHLANDS, CA 95660 | WILLIAM F. SCHUETZ, JR.<br>PHONE: 916-978-4040<br>FAX: 916-978-4039<br>EMAIL: WSCHUETZ@DWKESQ.COM | GOVERNMENT | CONTINGENT, UNLIQUIDATED, DISPUTED | | | $ 2,413,709.68 |
| 3 | VERIZON<br>MICHELLE K. JONES<br>500 TECHNOLOGY DRIVE<br>SUITE 550<br>WELDON SPRING, MO 63304 | MICHELLE K. JONES<br>PHONE: 800-922-0204<br>EMAIL: MICHELLE.K.DUNCAN@VERIZON.COM | TRADE VENDOR | UNLIQUIDATED | | | $ 705,825.28 |
| 4 | DANA R. GARRISON C/O ADIB ASSASSI<br>ADIB ASSASSI<br>1100 WEST TOWN & COUNTRY ROAD<br>SUITE 1250<br>ORANGE, CA 92868 | ADIB ASSASSI<br>PHONE: 949-688-6009<br>EMAIL: ADIB@ACLEGALTEAM.COM | LEGAL | CONTINGENT, UNLIQUIDATED, DISPUTED | | | $ 350,000.00 |
| 5 | FLEX TECHNOLOGY<br>2845 N OMAHA STREET<br>MESA, AZ 85215 | PHONE: 888-353-9774<br>FAX: 619-424-8085<br>EMAIL: INFO@FLEXTG.COM | TRADE VENDOR | | | | $ 43,136.83 |
| 6 | LEE FARRAND C/O BOB NEHORAY<br>BOB NEHORAY<br>16542 VENTURA BLVD<br>SUITE 417<br>ENCINO, CA 91436 | BOB NEHORAY<br>PHONE: 818-742-2969<br>EMAIL: SERVICE@NEHORAYLAW.COM | WORKER'S COMP CLAIM | CONTINGENT, UNLIQUIDATED, DISPUTED | | | $ 31,875.00 |
| 7 | MOHAMMAD MOSTAFA C/O KYLE K TAMBORINI ESQ.<br>KYLE K TAMBORINI<br>1234 H ST<br>SUITE 200<br>SACRAMENTO, CA 95814 | KYLE K TAMBORINI<br>PHONE: 916-438-1819<br>EMAIL: OMAR@CAPCITYLAW.COM | WORKER'S COMP CLAIM | CONTINGENT, UNLIQUIDATED, DISPUTED | | | $ 20,000.00 |
| 8 | COVERALL<br>JIMMY VILLALTA<br>350 SW 12TH AVENUE<br>DEERFIELD BEACH, FL 33442 | JIMMY VILLALTA<br>PHONE: 800-537-3371<br>FAX: 561-922-2423<br>EMAIL: JIMMY.VILLALTA@COVERALL.COM | TRADE VENDOR | | | | $ 15,391.00 |
| 9 | EXECUTECH<br>10876 SOUTH RIVER FRONT PWKY<br>SUITE 100<br>SOUTH JORDAN, UT 84095 | PHONE: 800-400-7554<br>EMAIL: INFO@EXECUTECH.COM | TRADE VENDOR | | | | $ 13,000.00 |
| 10 | CESAR NAVA APC DBA NAVA LAW FIRM<br>CINDY NAVA<br>562 S. A STREET<br>OXNARD, CA 93030 | CINDY NAVA<br>PHONE: 805-483-2465<br>EMAIL: INFO@NAVALAW.COM | LEASE | UNLIQUIDATED | | | $ 12,625.00 |
| 11 | TEICHERT LAND CO.<br>STEVE HUSSEY<br>3500 AMERICAN RIVER DR.<br>SACRAMENTO, CA 95864 | STEVE HUSSEY<br>PHONE: 916-637-9754<br>EMAIL: STEVE@SIERRA-ASSET.COM | LEASE | UNLIQUIDATED | | | $ 6,271.00 |
| 12 | SWING EDUCATION<br>JESSICA CEBALLOS<br>548 MARKET ST PMB 88403<br>SAN FRANCISCO, CA 94104 | JESSICA CEBALLOS<br>PHONE: 650-413-9268<br>EMAIL: JESSICAC@SWINGEDUCATION.COM | TRADE VENDOR | | | | $ 3,207.81 |
| 13 | T-MOBILE<br>LARRY CRAWFORD<br>PO BOX 742596<br>CINCINNATI, OH 45274-2596 | LARRY CRAWFORD<br>PHONE: 725-358-0928<br>EMAIL: LARRY.CRAWFORD21@T-MOBILESUPPORT.COM | TRADE VENDOR | | | | $ 3,176.59 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 | UMASS<br>ILIA MOLDAVSKI<br>65 ENTERPRISE<br>SUITE 150<br>ALISO VIEJO, CA 92656 | ILIA MOLDAVSKI<br>PHONE: 949-341-9915<br>EMAIL: IMOLDAVS@UMASSGLOBAL.EDU | TRADE VENDOR | | | | $ 3,105.25 |
| 15 | EFUEL<br>CHERYL HOXSIE<br>P.O.BOX 401<br>WEST SACRAMENTO, CA 95691 | CHERYL HOXSIE<br>PHONE: 916-371-2570<br>EMAIL: CHERYLHOX@RAMOSOIL.COM | TRADE VENDOR | | | | $ 2,500.00 |
| 16 | ATLAS DISPOSAL<br>PO BOX 8327<br>PASADENA, CA 91109 | PHONE: 916-455-2800<br>FAX: 916-736-2931<br>EMAIL: CUSTOMERSERVICE@ATLASDISPOSAL.COM | TRADE VENDOR | | | | $ 2,229.81 |
| 17 | SCOE<br>KRISTINA RICHARDSON<br>P.O. BOX 269003<br>SACRAMENTO, CA 95826 | KRISTINA RICHARDSON<br>PHONE: 916-228-2236<br>EMAIL: KRICHARDSON@SCOE.NET | TRADE VENDOR | | | | $ 2,000.00 |
| 18 | TK CIVIC VENTURES<br>TANNER KELLY<br>2821 ARIZONA AVE<br>SUITE A<br>SANTA MONICA, CA 90404 | TANNER KELLY<br>PHONE: 714-721-0385<br>EMAIL: CONTACT@TKPUBLICAFFAIRS.COM | TRADE VENDOR | | | | $ 1,935.00 |
| 19 | PURE WATER PARTNERS LLC<br>PO BOX 24445<br>SEATTLE, WA 98124-0445 | PHONE: 855-583-2525<br>EMAIL:<br>CUSTOMERSERVICE@PUREWATERPARTNERS.COM | TRADE VENDOR | | | | $ 1,890.87 |
| 20 | MOHAMMAD RAFI BRISHNA C/O MARK DEARTH ESQ.<br>MARK DEARTH<br>612 BROADWAY<br>LOS ANGELES, CA 90014 | MARK DEARTH<br>PHONE: 213-389-3765<br>EMAIL: ERIKA.ESGUERRA@DOWNTOWNLALAW.COM | WORKER'S COMP CLAIM | CONTINGENT, UNLIQUIDATED, DISPUTED | | | Unknown |

# HIGHLANDS
## COMMUNITY CHARTER AND TECHNICAL SCHOOLS

***Board Members***

Matt Levesque, Chair of the Board;

Symia Stigler, Vice Chair; Suleiman Shetab

***Executive Director***

Jonathan Raymond

## Special Board Meeting Minutes
## October 4, 2026 at 10:30am

**A. CALL TO ORDER AND ROLL CALL**

Chair of the Board, Matt Levesque called the meeting to order at 10:30am

**B. ADOPTION OF THE AGENDA**

A motion was made and seconded to adopt the agenda.

Moved by: Suleiman Shetab; seconded by: Matt Levesque
**Aye:** Matt Levesque, Suleiman Shetab, Symia Stigler

**Carried 3-0**

**C. FLAG SALUTE**

Led by the Chair of the Board, Matt Levesque

**D. HEARING OF PARTIES DESIRING TO ADDRESS THE BOARD**

There were no public comments addressed to the Board.

**E. CLOSED SESSION**

The Board entered closed session to discuss:

1. CONFERENCE WITH LEGAL COUNSEL—ANTICIPATED LITIGATION
*Initiation of litigation pursuant to paragraph (4) of subdivision (d) of Section 54956.9: (1 case)*

**F. ANNOUNCEMENT OF ACTIONS(S) TAKEN DURING CLOSED SESSION**

The Board Chair announced that two actions were taken with regard to the closed session item on initiation of litigation.



Scanned with CamScanner

A motion was made by Suleiman Shetab, seconded by Symia Stigler, and passed by a vote of 3-0 to file a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for Eastern the District of California, Sacramento Division, and to authorize any Authorized Officer, acting alone or together, to execute and file the petition and all ancillary documents, and to take all acts necessary or advisable to effect the foregoing.

The following Board members voted yes: Matt Levesque, Suleiman Shetab, and Symia Stigler.

A motion was made by Suleiman Shetab , seconded by Symia Stigler , and passed by a vote of 3-0 to designate Jonathan P. Raymond and Teresa Cummings as the individuals with primary responsibility for handling matters in the bankruptcy case, and to designate each as an Authorized Officer, acting alone or together, to execute and file all documents required in connection with the Bankruptcy Case, including schedules, motions, applications, and plans of reorganization, and to take all other actions deemed necessary or desirable in connection therewith.

The following Board members voted yes: Matt Levesque, Suleiman Shetab, and Symia Stigler.

## G. ACTION ITEMS

**1.** Annual Independent Audit for 2024-25

A motion was made, seconded and passed to accept the independent financial audit for the 2024-25 fiscal year.

Moved by: Suleiman Shetab; seconded by: Matt Levesque
**Aye**: Matt Levesque, Suleiman Shetab, and Symia Stigler

**Carried 3-0**

**2.** Board Action: Approval of Contracts

A motion was made, seconded and passed to approve updated scopes of work for the following service providers to reflect revised services and anticipated organizational needs.

- Approve revised scope of work for Arch & Beam Global, LLC.
- Approve revised scope of work for legal services agreement with Sheppard, Mullin, Richter & Hampton, LLP.



Scanned with CamScanner

Moved by: Suleiman Shetab; seconded by: Matt Levesque
**Aye**: Matt Levesque, Suleiman Shetab, and Symia Stigler

**Carried 3-0**

**H. CONSENT AGENDA ITEMS**

There was a motion made, seconded and passed to approve a revision to the Board policy on graduation requirements.

Moved by: Suleiman Shetab; seconded by: Matt Levesque
**Aye**: Matt Levesque, Suleiman Shetab, and Symia Stigler

**Carried 3-0**

**I. NEXT BOARD MEETING: October 28, 2026, at 4:00pm**

**J. ADJOURNMENT**

A motion was made and seconded to adjourn the meeting. The meeting was adjourned at 10:52 a.m.

Moved by: Suleiman Shetab; seconded by: Matt Levesque
**Aye**: Matt Levesque, Suleiman Shetab, and Symia Stigler

**Carried 3-0**

[signature]
Board Secretary

Oct 4, 2026
Date



Scanned with CamScanner